NANCI CLARENCE (SBN 122286)
JONATHAN BAUM (SBN 303469)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jbaum@clarencedyer.com

*Attorneys for Defendant Brent Vinch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BREWER, et al,<br><br>Defendants. | Case No. 2:16-cr-00239-MCE<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON**<br><br>Date: July 13, 2017<br>Time: 10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant Brent Vinch, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence at the status conference scheduled for July 13, 2017, and any other occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorneys, Nanci Clarence and Jonathan Baum, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

§§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

Defendant makes this request due to the nature of the hearing as involving only questions of law. The scheduled hearing is a status conference. The hearing will discuss legal issues and the parties do not anticipate either side presenting sworn testimony. Defendant Vinch resides in New York State and wishes to reduce the expense of traveling to court.

Defense counsel has discussed this waiver with the government, which has told defense counsel that it does not object to this request.

Date: June 29, 2017            */s/ Brent Vinch*
                               BRENT VINCH
                               (Original Retained by Attorney)

I agree with and consent to my client's waiver of appearance.

Date: June 29, 2017            */s/ Jonathan Baum*
                               JONATHAN BAUM
                               Attorney for Defendant Brent Vinch

**O R D E R**

It is hereby ordered that Defendant Brent Vinch's appearance may be waived at the hearing on July 13, 2017.

IT IS SO ORDERED.

Dated: July 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE