MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-239 MCE |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | DATE: May 17, 2018 |
| BRENT VINCH, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 17, 2018.

2. By this stipulation, the parties now move to continue sentencing until November 8, 2018.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

STIPULATION AND ORDER REGARDING CONTINUANCE

1

Dated: May 4, 2018                         MCGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ MATTHEW M. YELOVICH
                                           MATTHEW M. YELOVICH
                                           Assistant United States Attorney


Dated: May 4, 2018                         /s/ JONATHAN BAUM
                                           JONATHAN BAUM
                                           Counsel for Defendant
                                           BRENT VINCH

## ORDER

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE