NANCI CLARENCE (SBN 122286)
JONATHAN BAUM (SBN 303469)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jbaum@clarencedyer.com

*Attorneys for Defendant Brent Vinch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRENT VINCH, <br><br> Defendant. | Case No. 2:16-cr-00239-MCE <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT BRENT VINCH'S SPECIAL CONDITIONS OF RELEASE** |

IT HIS HEREBY STIPULATED between Plaintiff United States of America and Defendant Brent Vinch, through their respective attorneys, that the release conditions imposed on Mr. Vinch on January 13, 2017 (Dkt. No. 23), may be modified to add the following language (new language underlined):

    **5.**    **You must restrict your travel to the Eastern District of California and the state of New York unless otherwise approved in advance by the pretrial services officer. <u>You may also travel to the states of New Jersey and Connecticut for employment purposes.</u>**

This stipulation was approved by Pretrial Services Officer Darryl Walker.

///

///

The parties further stipulate that the Court adopt the Amended Conditions of Release, attached hereto as Exhibit A, which incorporates the above modification.

Date: July 17, 2018            */s/ Jonathan Baum*
                                         JONATHAN BAUM
                                         Attorney for Defendant Brent Vinch

Date: July 17, 2018            */s/ Matthew Yelovich*
                                         MATTHEW YELOVICH
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

**O R D E R**

The Court having reviewed and considered the parties' stipulation, hereby adopts the stipulation in its entirety. The Defendant's conditions of release (Dkt. No. 23) shall be modified to add the following sentence to paragraph 5:

**You may also travel to the states of New Jersey and Connecticut for employment purposes;**

The Court hereby adopts the Amended Conditions of Release as its Order. The Defendant shall abide by all conditions contained in the Amended Conditions of Release.

IT IS SO ORDERED.

DATED: July 23, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# Exhibit A

4

# AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Vinch, Brent
No: 2:16-CR-0239-MCE
Date: July 17, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California and the state of New York unless otherwise approved in advance by the pretrial services officer. You may also travel to the states of New Jersey and Connecticut for employment purposes;

6. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must not associate or have any contact with codefendant, Loraine Dixon, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. You must not communicate with codefendant, John Brewer, regarding any aspect of the case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. However, you are permitted to communicate with Mr. Brewer orally or in writing for the purpose of ongoing business operations for Expert Network Consultants;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours.