MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-239 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | DATE: November 8, 2018 |
| BRENT VINCH, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 8, 2018.

2. By this stipulation, the parties now move to continue sentencing until May 23, 2019.

///
///
///
///
///
///
///

STIPULATION AND ORDER REGARDING CONTINUANCE

1

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: October 19, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: October 19, 2018

/s/ JONATHAN BAUM
JONATHAN BAUM
Counsel for Defendant
BRENT VINCH

**ORDER**

IT IS SO ORDERED.

Dated: October 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE