NANCI CLARENCE (SBN 122286)
JONATHAN BAUM (SBN 303469)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jbaum@clarencedyer.com

*Attorneys for Defendant Brent Vinch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>BRENT VINCH,<br><br>    Defendant. | Case No.  2:16-cr-00239-MCE<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING OF DEFENDANT BRENT VINCH** |

    Defendant Brent Vinch, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

    1. By previous order, this matter was set for sentencing on Jan. 9, 2020.

    2. By this stipulation, the parties now move to advance sentencing to Nov. 21, 2019.

    3. The parties agree that the Court's previously-ordered deadlines for submitting a sentencing memorandum or motion in advance of sentencing that were set forth in Dkt. No. 94 shall be adjusted accordingly. If any party wishes to file a sentencing memorandum or motion in advance of the imposition of judgment and sentencing of defendant BRENT VINCH, said memorandum or motion shall be filed on or before

5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.

4. The parties have conferred with the Probation Officer, who does not object to this date.

IT IS SO STIPULATED.

Date: Sept. 6, 2019

/s/ Jonathan Baum
JONATHAN BAUM
Attorney for Defendant Brent Vinch

Date: Sept. 6, 2019

/s/ Matthew Yelovich
MATTHEW YELOVICH
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: September 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE